UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOYCE PARKS MARTIN,
Plaintiff,

-v-

VNS HEALTH MAIN OFFICE,
Defendant.

25-CV-9603 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Plaintiff's response to Defendant's motion to dismiss was due on August 28, 2026. (*See* ECF No. 22.) If Plaintiff does not file her response to the motion on or before September 18, 2026, Defendant's motion to dismiss will be deemed unopposed.

SO ORDERED.

Dated: September 4, 2026
New York, New York

J. PAUL OETKEN
United States District Judge