**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X

JOYCE PARKS MARTIN,

Plaintiffs,

-against-

VNS BEHAVIORAL HEALTH,

Defendant.

---------------------------------------------------------------------X

25 **CIVIL** 9603 (JPO)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Memorandum and Order dated October 26, 2026 and Order dated November 24, 2026, VNS's motion to dismiss is GRANTED. Martin's complaint is dismissed without prejudice.

**Dated:** New York, New York

November 25, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**